UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DEVON JACKSON, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> OLDCASTLE APG, INC. aka ) </br> OLDCASTLE SERVICES, INC. ) </br> ) </br> Defendant. ) </br> _____) | Civil Action No. </br> 19-CV-05490-ELR-WEJ </br> </br> JURY TRIAL DEMAND |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Oldcastle APG, Inc., ("Oldcastle"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for Oldcastle certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Joseph Devon Jackson;

  b. Defendant OldCastle APG, Inc.[1]; and

  c. <u>CRH plc, an Irish corporation, the ultimate parent of the corporate family that owns Oldcastle APG, Inc.</u>

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  <u>Oldcastle APG West, Inc. which operates under the trade name Superlite.</u>

(3) <u>Oldcastle APG, Inc. hereby further discloses that Oldcastle APG, Inc. is a wholly-owned subsidiary in a corporate family whose ultimate parent entity is CRH plc, an Irish corporation. CRH plc is publicly traded (NYSE: CHR); no publicly held company owns 10% or more of CRH plc's shares.</u>

(4) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

---

[1] Plaintiff has brought this action against the wrong entity, as Oldcastle has never received any application for employment from Jackson, never processed any application for employment for Jackson, did not procure a consumer report on Jackson, and did not subject Jackson to any adverse action. Further, on information and belief, it appears that Jackson may have intended to bring an action against Oldcastle APG West, Inc., a Colorado corporation that operates in Arizona under the trade name Superlite Block ("Superlite").  Superlite, however, does not transact business in Georgia and it appears that this Court would not have personal jurisdiction over that entity or the Plaintiff, who in the Complaint asserts that he is a resident of Arizona.

2

a. Plaintiff:

| | |
|---|---|
| Kris Skaar | Matthew A. Dooley |
| Justin T. Holcombe | O'Toole McLaughlin Dooley & Pecora |
| Skaar & Feagle, LLP | 5455 Detroit Rd. |
| 133 Mirramont Lake Dr. | Sheffield Village, OH 44054 |
| Woodstock, GA 30189 | (440) 930-4001 |
| (770) 427-5600 | mdooley@omdplaw.com |
| kskaar@skaarandfeagle.com | |
| jholcombe@skaarandfeagle.com | Greg Gorski |
| | Gorski Law, PLLC |
| James M. Feagle | 1635 Market St., Ste. 1600 |
| 2374 Main St., Ste. B | Philadelphia, PA 19103 |
| Tucker, GA 30084 | (215) 330-2100 |
| (404) 373-1907 | greg@greggorskilaw.com |
| jfeagle@skaarandfeagle.com | |

b. Defendant:   Tracie Johnson Maurer
Sapna Jain
Jackson Lewis P.C.
171 17th Street NW, Suite 1200
Atlanta, GA 30363
(404) 586-1873
Tracie.maurer@jacksonlewis.com

Respectfully submitted this 24th day of February 2020.

**JACKSON LEWIS P.C.**

*/s/ Tracie Johnson Maurer*
Tracie Johnson Maurer
Georgia Bar No. 395670
tracie.maurer@jacksonlewis.com
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
404-525-8200 (phone)
404-525-1173 (fax)

Counsel for Defendant

3

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DEVON JACKSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 19-CV-05490-ELR-WEJ |
| v. ) | |
| ) | JURY TRIAL DEMAND |
| OLDCASTLE APG, INC. aka ) | |
| OLDCASTLE SERVICES, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically serve the following Plaintiff's counsel of record:

Kris Skaar
Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Dr.
Woodstock, GA 30189
(770) 427-5600
kskaar@skaarandfeagle.com
jholcombe@skaarandfeagle.com

James M. Feagle
2374 Main St., Ste. B
Tucker, GA 30084
(404) 373-1907
jfeagle@skaarandfeagle.com

Matthew A. Dooley
O'Toole McLaughlin Dooley & Pecora
5455 Detroit Rd.
Sheffield Village, OH 44054
(440) 930-4001
mdooley@omdplaw.com

Greg Gorski
Gorski Law, PLLC
1635 Market St., Ste. 1600
Philadelphia, PA 19103
(215) 330-2100
greg@greggorskilaw.com

**JACKSON LEWIS P.C.**

*/s/ Tracie Johnson Maurer*
Tracie Johnson Maurer
Georgia Bar No. 395670